HULETT HARPER STEWART LLP
BLAKE MUIR HARPER, SBN: 115756
bmh@hulettharper.com
JENNIFER A. KAGAN, SBN: 234554
jenni@hulettharper.com
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139

Proposed Liaison Counsel
[Additional Counsel on Signature Page]

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF PHILADELPHIA, BOARD OF PENSIONS, Derivatively On Behalf Of Mattel, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. ECKERT, MICHAEL J. DOLAN, DR. FRANCES D. FERGUSSON, TULLY M. FRIEDMAN, DOMINIC NG, DR. ANDREA L. RICH, RONALD L. SARGENT, CHRISTOPHER A. SINCLAIR, G. CRAIG SULLIVAN, KATHY BRITTAIN WHITE, VASANT M. PRABHU, DEAN A. SCARBOROUGH, EUGENE P. BEARD, and JOHN L. VOGELSTEIN, <br><br> Defendants, <br><br> and <br><br> MATTEL INC., <br><br> Nominal Defendant. | Case No. CV07-06613 GAF(CTx) <br><br> **DERIVATIVE ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS, LEAD COUNSEL, AND LIAISON COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** <br><br> JUDGE:   Honorable Gary A. Feess <br> CTRM:   740 <br><br> "Via Fax" <br><br> # BY FAX |

[Caption continues on next page]

WHEREAS, there are three related shareholder derivative actions on behalf of Nominal Defendant Mattel, Inc. ("Mattel") currently pending in this district:

| Abbreviated Case Name: | Case No.: | Date Filed: |
| --- | --- | --- |
| *City of Philadelphia Board of Pensions v. Eckert, et al.* | CV07-06613 GAF | October 11, 2007 |
| *Retirement Board of Allegheny County, et al. v. Beard, et al.* | CV07-07022 AHM | October 26, 2007 |
| *Asbestos Workers Local 14 Pension Fund v. Eckert, et al.* | CV07-07101 R | October 30, 2007 |

WHEREAS, the three related shareholder derivative actions arise out of the same transactions and occurrences and involve substantially similar issues of law and fact, and therefore should be consolidated for all purposes;

WHEREAS, Defendants agree to consolidation of the above-captioned actions, to the appointment of City of Philadelphia Board of Pensions, Retirement Board of Allegheny County, and Southeastern Pennsylvania Transportation Authority as Lead Plaintiffs, to the appointment of Cohen Milstein Hausfeld & Toll, PLLC, Trujillo Rodriguez & Richards, LLC, and Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel, and to the appointment of Hulett Harper Stewart LLP as Liaison Counsel;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred, and have agreed to a schedule for filing a consolidated complaint and for filing answers, and/or briefing any motion directed at the consolidated complaint, if any; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants through their respective counsel of record, as follows:

1.    Defendants' counsel shall hereby accept service on behalf of all

1

1   defendants not already served, and will accept service of a consolidated complaint
2   on behalf of all defendants, without waiving any jurisdictional rights.

3       2.    The following actions are hereby consolidated for all purposes,
4   including pretrial proceedings, trial, and appeal:

| Abbreviated Case Name: | Case No.: | Date Filed: |
|---|---|---|
| *City of Philadelphia Board of Pensions v. Eckert, et al.* | CV07-06613 GAF | October 11, 2007 |
| *Retirement Board of Allegheny County, et al. v. Beard, et al.* | CV07-07022 AHM | October 26, 2007 |
| *Asbestos Workers Local 14 Pension Fund v. Eckert, et al.* | CV07-07101 R | October 30, 2007 |

12      3.    The caption of these consolidated actions shall be *In re Mattel, Inc.*
13  *Derivative Litigation*, and the files of these consolidated actions shall be maintained
14  in one file under Master File No. CV07-06613 GAF.    Any other actions now
15  pending or later filed in this Court that arise out of or are related to the same facts as
16  alleged in the above-identified cases shall be consolidated for all purposes if and
17  when they are brought to the Court's attention.

18      4.    Every pleading filed in the consolidated actions, or in any separate
19  action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| In re Mattel, Inc. Derivative Litigation | Master File No. CV07-06613 GAF(CTx) |
|---|---|
| This Document Relates To: | |

25      5.    When a pleading is intended to be applicable to all actions governed
26  by this Order, the words "All Actions" shall appear immediately after the words
27  "This Document Relates To:" in the caption set out above.    When a pleading is
28  intended to be applicable to only some, but not all of the consolidated actions, this

2

1    Court's docket number for each individual action to which the pleading is intended
2    to be applicable and the abbreviated case name of said action shall appear
3    immediately after the words "This Document Relates To:" in the caption set out
4    above.

5        6.    A Master Docket and a Master File hereby are established for the
6    above consolidated proceedings, and for all other related cases filed in or transferred
7    to this Court.  Separate dockets shall continue to be maintained for each of the
8    individual actions hereby consolidated, and entries shall be made in the docket of
9    each individual case in accordance with the regular procedures of the Clerk of this
10   Court, except as modified by this Order.

11       7.    When a pleading is filed and the caption shows that it to be applicable
12   to fewer than all of the consolidation actions, the Clerk will file such pleading in the
13   Master File only but shall docket such filing on the Master Docket and the docket of
14   each applicable action.

15       8.    When a case that properly belongs as part of *In re Mattel, Inc.*
16   *Derivative Litigation* is filed in this Court or transferred to this Court from another
17   court, the Clerk of this Court shall:

18           a.    Place a copy of this Order in the separate file for such action;

19           b.    Mail to the attorneys for the Plaintiff(s) in the newly-filed or
20   transferred action a copy of this Order be served upon or mailed to any new
21   Defendant(s) or their counsel in the newly-filed or transferred action; and

22           c.    Make an appropriate entry on the Master Docket.  This Court
23   requests the assistance of counsel in calling to the attention of the Clerk of this Court
24   the filing or transfer of any action that properly might be consolidated pursuant to
25   this Stipulation.

26       9.    Plaintiffs City of Philadelphia Board of Pensions, Retirement Board of
27   Allegheny County, and Southeastern Pennsylvania Transportation Authority shall be
28   appointed as Lead Plaintiffs.

CV07-06613 GAF(CTx)

1    10.    The law firms of Cohen Milstein Hausfeld & Toll, PLLC, Trujillo
2  Rodriguez & Richards, LLC and Schiffrin Barroway Topaz & Kessler, LLP shall be
3  appointed as Lead Counsel.

4    11.    Lead Counsel shall have authority to speak for Plaintiffs in matters
5  regarding pretrial and trial procedure, and in settlement negotiations, and shall make
6  all work assignments in such manner as to facilitate the orderly and efficient
7  prosecution of this litigation and to avoid duplicative or unproductive effort.

8    12.    Lead Counsel shall be responsible for coordination of all activities and
9  appearances on behalf of Plaintiffs and for the dissemination of notices and orders of
10  this Court.  No motion, request for discovery or other pretrial proceedings shall be
11  initiated or filed by Plaintiffs except through Lead Counsel.

12    13.    Lead  Counsel  shall  also  be  available  and  responsible  for
13  communications to and from this Court.  Lead Counsel shall be responsible for
14  creation and maintenance of a master service list of all parties and their respective
15  counsel.

16    14.    Defendants' counsel may rely upon all agreements made with Lead
17  Counsel, or other duly authorized representatives of Plaintiffs, and such agreements
18  shall be binding on Plaintiffs.

19    15.    The law firm of Hulett Harper Stewart LLP shall serve as Plaintiffs'
20  Liaison Counsel, and is authorized to receive orders, notices, correspondence, and
21  telephone calls from the Court on behalf of all Plaintiffs, and shall be responsible for
22  the preparation and transmission of copies of such orders, notices, correspondence,
23  and memoranda of such telephone calls to Plaintiffs' counsel.

24    16.    Plaintiffs shall no later than 60 days from the entry of this Order file
25  and serve a consolidated complaint which will supersede all existing complaints
26  filed in these actions.  Defendants need not respond to any of the pre-existing
27  complaints.  Service shall be affected by serving the consolidated complaint on
28  counsel for Defendants.

4

17.    Defendants shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service.

18.    In the event that Defendants file and serve any motion directed at the consolidated complaint, Plaintiffs shall file and serve their opposition within 30 days after the service of the motion.

19.    If Defendants serve a reply to Plaintiffs' opposition, it will do so within 20 days after service of the opposition.

DATED: _11-19-07_

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
JENNIFER A. KAGAN


BLAKE MUIR HARPER

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:  (619) 338-1133
Facsimile:   (619) 338-1139

Proposed Liaison Counsel and Attorneys for
Plaintiff City of Philadelphia Board of
Pensions

TRUJILLO RODRIGUEZ &
  RICHARDS, LLC
KENNETH I. TRUJILLO
kitrujillo@trrlaw.com
IRA N. RICHARDS
ira@trrlaw.com
R. ANDREW SANTILLO
asantillo@trrlaw.com
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone:  (215) 731-9004
Facsimile:   (215) 731-9044

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHEN MILSTEIN HAUSFELD &
   TOLL PLLC
STEVEN J. TOLL
stoll@cmht.com
MATTHEW B. KAPLAN
mkaplan@cmht.com
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

COHEN MILSTEIN HAUSFELD &
   TOLL PLLC
LYNDA J. GRANT
lgrant@cmht.com
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Proposed Lead Counsel and Attorneys for
Plaintiff City of Philadelphia Board of
Pensions

DATED: 11/19/07

SCHIFFRIN BARROWAY TOPAZ &
   KESSLER, LLP
ERIC L. ZAGAR
ezagar@sbtklaw.com
ROBIN WINCHESTER
rwinchester@sbtklaw.com
JAMES H. MILLER
jmiller@sbtklaw.com


ERIC L. ZAGAR

6

280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Proposed Lead Counsel and Attorneys for
Plaintiffs Retirement Board of Allegheny
County and Southeastern Pennsylvania
Transportation Authority

DATED: _November 19, 2007_

LAW OFFICES OF THOMAS D.
   MAURIELLO
THOMAS D. MAURIELLO, SBN: 144811
tomm@maurlaw.com

THOMAS D. MAURIELLO

209 Avenida Fabricante, Suite 125
San Clemente, CA 92672
Telephone: (949) 542-3555
Facsimile: (949) 606-9690

KENNEY EGAN MCCAFFERTY
   & YOUNG PC
BRIAN P. KENNEY
bkenney@kemy-law.com
ERIC L. YOUNG
eyoung@kemy-law.com
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Telephone: (610) 940-9099
Facsimile: (610) 940 0284

7

CV07-06613 GAF(CTx)

SHEPHERD FINKELMAN MILLER
  & SHAH LLC
JAMES E. MILLER
jmiller@sfmslaw.com
PATRICK A. KLINGMAN
pklingman@sfmslaw.com
65 Main Street
Chester, CT  06412
Telephone:  (860) 526-1100
Facsimile:   (860) 526-1120

SHEPHERD FINKELMAN MILLER
  & SHAH LLC
NATALIE FINKELMAN BENNETT
nfinkelman@sfmslaw.com
35 East State Street
Media, PA  19063
Telephone:  (610) 891-9880
Facsimile:   (610) 891-9883

Attorneys for Plaintiff Asbestos Workers
Local 14 Pension Fund

DATED: 11/19/07

MUNGER TOLLES & OLSON LLP
JOHN W. SPIEGEL
john.spiegel@mto.com
KEVIN S. ALLRED
kevin.allred@mto.com
JAMES C. RUTTEN
james.rutten@mto.com


Kevin S. Allred by JAK
KEVIN S. ALLRED

355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

8

1 | Attorneys for Defendants Robert A. Eckert,
2 | Michael J. Dolan, Dr. Frances D. Fergusson,
3 | Tully M. Friedman, Dominic Ng, Dr. Andrea L. Rich, Ronald L. Sargent, Christopher A.
4 | Sinclair, G. Craig Sullivan, Kathy Brittain White, Vasant M. Prabhu, Dean A.
5 | Scarborough, Eugene P. Beard, and John L.
6 | Vogelstein

7 | * * *

8 | **ORDER**

9 | IT IS HEREBY ORDERED as follows:

10 | 1.     Defendants' counsel shall hereby accept service on behalf of all

11 | defendants not already served, and will accept service of a consolidated complaint

12 | on behalf of all defendants, without waiving any jurisdictional rights.

13 | 2.     The following actions are hereby consolidated for all purposes,

14 | including pretrial proceedings, trial, and appeal:

| Abbreviated Case Name: | Case No.: | Date Filed: |
|---|---|---|
| *City of Philadelphia Board of Pensions v. Eckert, et al.* | CV07-06613 GAF | October 11, 2007 |
| *Retirement Board of Allegheny County, et al. v. Beard, et al.* | CV07-07022 AHM | October 26, 2007 |
| *Asbestos Workers Local 14 Pension Fund v. Eckert, et al.* | CV07-07101 R | October 30, 2007 |

22 | 3.     The caption of these consolidated actions shall be *In re Mattel, Inc.*
23 | *Derivative Litigation*, and the files of these consolidated actions shall be maintained
24 | in one file under Master File No. CV07-06613 GAF.   Any other actions now
25 | pending or later filed in this Court that arise out of or are related to the same facts as
26 | alleged in the above-identified cases shall be consolidated for all purposes if and
27 | when they are brought to the Court's attention.

28 | 4.     Every pleading filed in the consolidated actions, or in any separate

9

CV07-06613 GAF(CTx)

1   action included herein, shall bear the following caption:

2   **IN THE UNITED STATES DISTRICT COURT**

3   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

4   | In re Mattel, Inc. Derivative Litigation | Master File No. CV07-06613 GAF(CTx) |
    |---|---|
5   | This Document Relates To: | |
6   | | |

7        5.     When a pleading is intended to be applicable to all actions governed

8   by this Order, the words "All Actions" shall appear immediately after the words

9   "This Document Relates To:" in the caption set out above. When a pleading is

10  intended to be applicable to only some, but not all of the consolidated actions, this

11  Court's docket number for each individual action to which the pleading is intended

12  to be applicable and the abbreviated case name of said action shall appear

13  immediately after the words "This Document Relates To:" in the caption set out

14  above.

15       6.     A Master Docket and a Master File hereby are established for the

16  above consolidated proceedings, and for all other related cases filed in or transferred

17  to this Court. Separate dockets shall continue to be maintained for each of the

18  individual actions hereby consolidated, and entries shall be made in the docket of

19  each individual case in accordance with the regular procedures of the Clerk of this

20  Court, except as modified by this Order.

21       7.     When a pleading is filed and the caption shows that it to be applicable

22  to fewer than all of the consolidation actions, the Clerk will file such pleading in the

23  Master File only but shall docket such filing on the Master Docket and the docket of

24  each applicable action.

25       8.     When a case that properly belongs as part of *In re Mattel, Inc.*

26  *Derivative Litigation* is filed in this Court or transferred to this Court from another

27  court, the Clerk of this Court shall:

28            a.     Place a copy of this Order in the separate file for such action;

b.    Mail to the attorneys for the Plaintiff(s) in the newly-filed or transferred action a copy of this Order be served upon or mailed to any new Defendant(s) or their counsel in the newly-filed or transferred action; and

c.    Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any action that properly might be consolidated pursuant to this Stipulation.

9.    Plaintiffs City of Philadelphia Board of Pensions, Retirement Board of Allegheny County, and Southeastern Pennsylvania Transportation Authority shall be appointed as Lead Plaintiffs.

10.    The law firms of Cohen Milstein Hausfeld & Toll, PLLC, Trujillo Rodriguez & Richards, LLC, and Schiffrin Barroway Topaz & Kessler, LLP shall be appointed as Lead Counsel.

11.    Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pretrial and trial procedure, and in settlement negotiations, and shall make all work assignments in such manner as to· facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12.    Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

13.    Lead Counsel shall also be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for creation and maintenance of a master service list of all parties and their respective counsel.

14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

11

CV07-06613 GAF(CTx)

15.    The law firm of Hulett Harper Stewart LLP shall serve as Plaintiffs' Liaison Counsel, and is authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs, and shall be responsible for the preparation and transmission of copies of such orders, notices, correspondence, and memoranda of such telephone calls to Plaintiffs' counsel.

16.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a consolidated complaint which will supersede all existing complaints filed in these actions.    Defendants need not respond to any of the pre-existing complaints.    Service shall be affected by serving the consolidated complaint on counsel for Defendants.

17.    Defendants shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service.

18.    In the event that Defendants file and serve any motion directed at the consolidated complaint, Plaintiffs shall file and serve their opposition within 30 days after the service of the motion.

19.    If Defendants serve a reply to Plaintiffs' opposition, it will do so within 20 days after service of the opposition.

DATED: 11/21/07

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT

12

**PROOF OF SERVICE**

*City of Philadelphia Bd of Pensions, Deriv. on Behalf of Mattel, Inc., v. Robert A. Eckert, et al.,*
Case No. CV07-06613GAF(CTx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on November 20, 2007, I served the following document(s) entitled: **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS, LEAD COUNSEL, AND LIAISON COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER**:  I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2007, at San Diego, California.

*Anita Villanueva*

ANITA VILLANUEVA

CV07-06613 GAF(CTx)

**MATTEL**
Case No. CV07-06613GAF(CTx)
Service List

**PLAINTIFFS' COUNSEL**

Steven J. Toll
Matthew B. Kaplan
COHEN MILSTEIN HAUSFELD &
  TOLL PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:     (202) 408-4699
E-mail:          stoll@cmht.com
                     mkaplan@cmht.com

Lynda J. Grant
COHEN MILSTEIN HAUSFELD &
  TOLL PLLC
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
Telephone:    (212) 838-7797
Facsimile:     (212) 838-7745
E-mail:          lgrant@cmht.com

Blake Muir Harper
Jennifer A. Kagan
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:    (619) 338-1133
Facsimile:     (619) 338-1139
E-mail:          bmh@hulettharper.com
                     jenni@hulettharper.com

Brian P. Kenney
Eric L. Young
KENNEY EGAN MCCAFFERTY
  & YOUNG PC
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Telephone:    (610) 940-9099
Facsimile:     (610) 940 0284
E-mail:          bkenney@kemy-law.com
                     eyoung@kemy-law.com

Thomas D. Mauriello
LAW OFFICES OF THOMAS D.
  MAURIELLO
209 Avenida Fabricante, Suite 125
San Clemente, CA 92672
Telephone:    (949) 542-3555
Facsimile:     (949) 606-9690
  E-mail:        tomm@maurlaw.com

Eric L. Zagar
Robin Winchester
James H. Miller
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:     (610) 667-7056
E-mail:          ezagar@sbtklaw.com
                     rwinchester@sbtklaw.com
                     jmiller@sbtklaw.com

11/13/07

**MATTEL**
Case No. CV07-06613GAF(CTx)
Service List

## PLAINTIFFS' COUNSEL

James E. Miller
Patrick A. Klingman
SHEPHERD FINKELMAN MILLER
  & SHAH LLC
65 Main Street
Chester, CT  06412
Telephone:    (860) 526-1100
Facsimile:    (860) 526-1120
E-mail:    jmiller@sfmslaw.com
    pklingman@sfmslaw.com

Kenneth I. Trujillo
Ira N. Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ & RICHARDS LLC
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone:    (215) 731-9004
Facsimile:    (215) 731-9044
E-mail:    kitrujillo@trrlaw.com
    ira@trrlaw.com
    asantillo@trrlaw.com

Natalie Finkelman Bennett
SHEPHERD FINKELMAN MILLER
  & SHAH LLC
35 East State Street
Media, PA  19063
Telephone:    (610) 891-9880
Facsimile:    (610) 891-9883
E-mail:nfinkelman@sfmslaw.com

## DEFENSE COUNSEL

Kevin S. Allred
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
E-mail:    kevin.allred@mto.com